■  THE PEOPLE OF THE STATE OF NEW YORK, v DONALD A. ROWE, Defendant.—Motion for change of venue denied. Memorandum: On this application it does not appear that a fair jury trial cannot be obtained upon

a trial in Livingston County, and at this time we deem the motion premature. *(People v Hatch,* 46 AD2d 721; *People v Fagnani,* 46 AD2d 721) Present.—Marsh, P. J., Moule, Cardamone, Simons and Del Vecchio, JJ.